**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MONDEE HOLDINGS, INC., *et al.*[1] | Case No. 25-10047 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 108** |

**AIRLINES REPORTING CORPORATION'S JOINDER TO MOTION FOR ENTRY OF**
**AN ORDER APPOINTING AN EXAMINER**

Airlines Reporting Corporation ("ARC"), by and through its undersigned counsel, submits this joinder (the "Joinder") in support of the *Motion for Entry of an Order Appointing an Examiner* [Docket No. 108] (the "Motion").[2] In support of this Joinder, ARC respectfully states as follows:

**JOINDER**

1. At this time, based on the lack of material information provided to ARC, as well as many of the reasons stated in ARC's Combined Objections and Reservation of Rights to Debtors' (I) Motion to Maintain and Administer their Existing Customer Programs, (II) Motion to Approve Debtor in Possession Financing, and (III) Motion for Order Approving Bidding Procedures and the Sale of Substantially all of the Debtors' Assets (Dkt. 256), ARC adopts, joins, and incorporates many of the same arguments made and the relief requested in the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Mondee Holdings, Inc. (2448), Mondee Holdings II, LLC (4097), Mondee, Inc. (1241), Mondee Brazil, LLC (8656), Cosmopolitan Travel Service, Inc. (2948), Cosmopolitan Travel Services Inc. (4447), C & H Travel & Tours, Inc. (8397), Skylink Travel, Inc. (8041), Skylink Travel, Inc. (8776), Skylink Travel Inc. (4933), Skylink Travel SFO Inc. (9216), Purple Grids Inc. (0805), Trans Am Travel, Inc. (3385), TransWorld Travel, Inc. (9182), Hari-World Travel Group, Inc. (8119), ExploreTrip IP Holdings, Inc. (4871), ExploreTrip, Inc. (8320), Mondee Acquisition Company, Inc. (2692), Rocketrip, Inc. (3983), Skypass Travel, Inc. (0895), and Skypass Holidays LLC (N/A). The Debtors' service address for purposes of these chapter 11 cases is: 10800 Pecan Park Blvd. #400, Austin, TX 78750.

[2] Capitalized terms used but not define herein shall have the meanings ascribed to such terms in the Motion.

17188204/1

2.    ARC expressly reserves, and does not waive, its right to supplement, amend, and/or modify this Joinder on any additional grounds that governing law permits and to raise additional arguments at any hearing to consider the Motion.

WHEREFORE, without additional and necessary information from the Debtors, and for many of the same reasons set forth in the Motion, ARC respectfully requests entry of an order (i) granting the Motion, and (ii) granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: February 18, 2025 | **MORRIS JAMES LLP** |
| | */s/ Eric J. Monzo* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Tara C. Pakrouh (DE Bar No. 6192) |
| | Siena B. Cerra (DE Bar No. 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE  19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| | tpakrouh@morrisjames.com |
| | scerra@morrisjames.com |
| | *Counsel to Airlines Reporting Corporation* |